**DISMISS; and Opinion Filed July 5, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01498-CV

### IN THE INTEREST OF M.G.M. AND J.M.M., CHILDREN

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-50342-2012**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Brown
Opinion by Justice Brown

Appellant's brief in this case is overdue. By order dated February 29, 2016, we granted appellant's extension of time to file his notice of appeal, ordered the appeal submitted without a reporter's record, and ordered appellant's brief to be filed within thirty days. By postcard dated March 31, 2016, we granted appellant's motion for extension of time to file his brief and ordered his brief to be filed by April 29, 2016. We cautioned appellant that failure to file a brief would result in the dismissal of this appeal without further notice. By postcard dated May 3, 2016, we notified appellant the time for filing his brief had expired. We directed appellant to file his brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed a third extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a) (1), 42.3(b) (c).


/Ada Brown/
ADA BROWN
JUSTICE


151498F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF M.G.M. AND
J.M.M., CHILDREN

No. 05-15-01498-CV

On Appeal from the 417th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 417-50342-2012.
Opinion delivered by Justice Brown. Justices
Lang-Miers and Evans participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee TRACY LYNN MAGERS recover her costs of this appeal from appellant JASON GRANT MAGERS.

Judgment entered this 5th day of July, 2016.